# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**SHELTON C. TERRY**

**WARRANT FOR ARREST**

Case Number: 05mj0039-LTS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SHELTON C. TERRY**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

INDICTMENT ☐ INFORMATION ☐ X COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Possession with Intent to Distribute, and to Distribute, Cocaine Base also known as "Crack Cocaine"**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

Leo T. Sorokin                              U.S. Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 June 28, 2005; Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____             BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY __DEA__
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __06/28/05__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |

Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JUN 28 A 11:59