UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10202 RWZ**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) -- |
| SHELTON TERRY | ) Possession Of Cocaine |
| | ) Base With Intent To |
| | ) Distribute |
| | ) |
| | ) 18 U.S.C. § 2 -- |
| | ) Aiding and Abetting |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) -- Possession Of Cocaine Base With Intent To Distribute; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about May 20, 2005, at Brockton, in the District of Massachusetts,

**SHELTON TERRY,**

defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, with intent to distribute.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
MICHAEL J. PELGRO
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                    August 10, 2005

   Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

8/10/05

≎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**   05 CR 10202 RWZ   **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   Investigating Agency __DEA__

City __Brockton__   Related Case Information:

County __Plymouth__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __x__
Magistrate Judge Case Number   __05-MJ-00039-LTS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Shelton Terry__   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __1005 Belmont Street, #225, Brockton, MA__

Birth date (Year only): __1975__  SSN (last 4 #): __8739__  Sex __M__  Race: __Black__  Nationality: __US__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Glenn A. MacKinlay__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __May 20, 2005__

☒ Already in Federal Custody as __June 28, 2005__ in __Plymouth Cty HOC__
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __August 10, 2005__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Shelton Terry

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 841 (a)(1) | Possession with Intent to Dist. Cocaine Base | 1 |
| Set 2  18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**