```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No.:  05-10202-RWZ
                              )
SHELTON TERRY                 )

ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY FROM
AUGUST 16, 2005 TO SEPTEMBER 26, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from the Arraignment on August 16, 2005 to the Initial Status Conference on the date of September 26, 2005 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served by excluding the time under the Speedy Trial Act. The defendant assents to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  s/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney