UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO.  05-10202-RWZ |
| | ) |
| SHELTON TERRY | ) |
| | ) |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, SHELTON TERRY that the government will seek increased punishment by reason of the following criminal conviction:

1. Plymouth County Superior Court, docket number 03-0007 count one - Unlawful Possession of a Controlled Substance with Intent to Distribute (Class B - Cocaine); date of conviction 3/3/04.

The conviction is further described in the copy of records of the Plymouth County Superior Court, which are attached hereto incorporated herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Plymouth County Superior Court This is to certify that I have this day served upon the counsel of record for the defendant t foregoing document by depositing in the United States mail a co of same in an envelope bearing sufficient postage for delivery

This 13th day of September, 2005.

GLENN A. MACKINLAY

Plymouth, ss.                                    Superior Court Dept.
                                                 No. 03-00079

Commonwealth of Massachusetts

              vs.

        Shelton Terry

              COPY OF

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS                                                     SUPERIOR COURT
                                                                 CRIMINAL No 03-0007

COMMONWEALTH

VS

Shelton Terry

---

I, __Dolores A. Sullivan__, Assistant Clerk of the Superior Court Department within and for the County of Plymouth, do hereby certify that the following are true copies of the INDICTMENT(S) and DOCKET ENTRIES in the above-entitled case(s).

I Further certify that our docket indicates that the above named Defendant was/~~was not~~ represented by counsel __Joseph F. Krowski Jr., Brockton, MA__.

IN WITNESS WHEREOF, I have hereunto set My hand and affixed the seal of said Superior Court Department, in Brockton this __4th__ Day of __August__, A.D., __2005__

_____
Assistant Clerk of Courts



FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAR 31 2003

*Fraud R Powers*
CLERK

3/31 3
5.

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS

SUPERIOR COURT
CRIMINAL NO.
03CL000079-001-

03-00579

Commonwealth

VS.

Shelton Terry

CRIMINAL APPEARANCE

An Attorney who has entered an appearance in behalf of a Defendant in a Criminal Case in the Superior Court Department of the Trial Court shall not, except by express leave of Court, withdraw said appearance.

In the above action, I appear:

For the Defendant, Shelton Terry

For the Commonwealth.

Joseph F. Krowski Jr.
Attorney for Deft./Commonwealth
(Print Name)

Joseph F. Krowski
Signature
30 Cottage St.
Brockton MA 02301
508-584-2555
BBO#90902
Address/Telephone Number

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                    SUPERIOR COURT DEPARTMENT
                                                 INDICTMENT NO. 03-00079 501

COMMONWEALTH

VS.

SHELTON TERRY

---

INDICTMENT
UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE
WITH INTENT TO DISTRIBUTE
(CLASS B - COCAINE)
GENERAL LAWS CHAPTER 94C, SECTION 32A (c)
COUNT A

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on **February 14, 2003**,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

SHELTON TERRY

of BROCKTON in the COUNTY of PLYMOUTH, on or about NOVEMBER 15, 2002, at BROCKTON in the COUNTY of PLYMOUTH, not being authorized by the provisions of Chapter 94C of the General Laws, did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance in CLASS B, to wit: COCAINE.

(See COUNT B)

1

COUNT B

UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE
WITH INTENT TO DISTRIBUTE
(CLASS B - COCAINE)
DRUG FREE SCHOOL ZONE
GENERAL LAWS CHAPTER 94C, SECTION 32J

And the JURORS, aforesaid, for the Commonwealth of Massachusetts on their Oath, aforesaid, do further present, That:

SHELTON TERRY

of BROCKTON in the COUNTY of PLYMOUTH, on or about NOVEMBER 15, 2002, at BROCKTON in the COUNTY of PLYMOUTH, not being authorized by the provisions of Chapter 94C of the General Laws, and within one thousand feet of school property comprising a public or private elementary, vocational, or secondary school, did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance in CLASS B, to wit: COCAINE.

A TRUE BILL

_____          _____
Foreman of the Grand Jury             Assistant District Attorney

RETURN

PLYMOUTH, SS.   On this 14th day of February, 2003, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

_____
Assistant Clerk

2

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                           SUPERIOR COURT DEPARTMENT
                                        INDICTMENT NO. 03-0007-003

COMMONWEALTH

VS.

SHELTON TERRY

---

INDICTMENT
UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE
(CLASS D - MARIJUANA)
GENERAL LAWS CHAPTER 94C, SECTION 34

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on **February 14, 2003**,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

SHELTON TERRY

of BROCKTON in the COUNTY of PLYMOUTH, on or about NOVEMBER 15, 2002, at BROCKTON in the COUNTY of PLYMOUTH, not being authorized by the provisions of General Laws Chapter 94C, did knowingly or intentionally possess a controlled substance in CLASS D, to wit: MARIJUANA.

A TRUE BILL

_____                 _____
Foreman of the Grand Jury               Assistant District Attorney

---

RETURN

PLYMOUTH, SS.   On this 14th day of February, 2003, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

_____
Assistant Clerk

3

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                          SUPERIOR COURT DEPARTMENT
                                       INDICTMENT NO. 03-0067-004

COMMONWEALTH

VS.

SHELTON TERRY

---

INDICTMENT
OPERATING MOTOR VEHICLE AFTER LICENSE SUSPENDED OR REVOKED
GENERAL LAWS CHAPTER 90, SECTION 23

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on February 14, 2003,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

SHELTON TERRY

of BROCKTON in the COUNTY of PLYMOUTH, on or about NOVEMBER 15, 2002, at BROCKTON in the COUNTY of PLYMOUTH, upon a way or a place to which the public has a right of access as invitees or licensees, did operate a certain motor vehicle after his license or right to operate had been suspended or revoked and prior to the restoration of such right or license to operate or to the issuance to him of a new license to operate.

A TRUE BILL

_____          _____
Foreman of the Grand Jury        Assistant District Attorney

---

RETURN

PLYMOUTH, SS.    On this 14th day of February, 2003, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

_____
Assistant Clerk

4

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Criminal Docket

## PLCR2003-00079
## Commonwealth v Terry, Shelton

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 02/14/2003 | **Status** | Disposed (sentenced) (dsenimp) | | |
| **Status Date** | 03/03/2004 | **Session** | 2 - Criminal 2 - CtRm 2 (Brockton) | | |
| **Jury Trial** | Unknown | **Origin** | I - Indictment | | |
| **Lead Case** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 02/26/2003 | **Track** | I - Inventory | **Final PTC** | 27/2003 |
| **Disp. Deadline** | 02/26/2004 | **Deadline Status** | Deadline active since return date | **Status Date** | 26/2003 |
| **Pro Se Deft** | No | **Custody Status** | Plymouth County Correctional Facility | **Start Date** | 20/2003 |
| **Weapon** | | **Substance** | | **Prior Record** | known |

### OFFENSES

| Num | Offense | Code | Status | Statu | ate |
|---|---|---|---|---|---|
| 1 | 11/15/2002 | 94C/32A/C | Guilty plea | 03/0: | 04 |
| | COCAINE, POSSESS TO DISTRIBUTE c94C s32A(c) | | | | |
| 2 | 11/15/2002 | 94C/32J | Dismissed | 03/0: | 04 |
| | DRUG VIOLATION NEAR SCHOOL/PARK c94C s32J | | | | |
| 3 | 11/15/2002 | 94C/34/G | Filed (guilty plea) | 03/0: | 04 |
| | DRUG, POSSESS CLASS D c94C s34 | | | | |
| 4 | 11/15/2002 | 90/23/D | Guilty plea | 03/0: | 04 |
| | LICENSE SUSPENDED, OP MV WITH c90 s23 | | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 02/14/2003

**District Atty's Office 407660**
Gerald C Pudolsky
32 Belmont Street
Brockton, MA 02301
Phone: 508-584-8120
Fax:
Active 03/06/2003 Notify

**Defendant**
Shelton Terry
26.5 Lafayette Ave Apt #2
Buzzards Bay, MA 02532
DOB: 09/01/1975
Gender: Unknown
Active 02/14/2003

**Private Counsel 640902**
Joseph F Krowski Jr
30 Cottage Street
Brockton, MA 02301
Phone: 508-584-2555
Active 03/31/2003 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/14/2003 | 1.0 | Indictment returned |
| 02/26/2003 | | Deft arraigned before Court |
| 02/26/2003 | | RE Offense 1:Plea of not guilty |
| 02/26/2003 | | RE Offense 2:Plea of not guilty |
| 02/26/2003 | | RE Offense 3:Plea of not guilty |

case01 206042 y y y y y y

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Criminal Docket

## PLCR2003-00079
## Commonwealth v Terry, Shelton

| Date | Paper | Text |
|---|---|---|
| 02/26/2003 | | RE Offense 4:Plea of not guilty |
| 02/26/2003 | | Bail set: $30,000.00 Cash without prejudice |
| 02/26/2003 | | Bail warning read |
| 02/26/2003 | 2.0 | Mittimus issued |
| 02/26/2003 | | Continued until March 14, 2003 by agreement for ptc (Chin,J) B.StCharles, court reporter |
| 03/05/2003 | 3.0 | Appearance of Commonwealth's Atty: Gerald C Pudolsky |
| 03/13/2003 | | Continued until March 20, 2003 by agreement for bail hearing and pre-trial conference (Chin,J.) T. Meany, court reporter |
| 03/20/2003 | | Defendant's oral motion for a reduction of bail; Allowed (Borenstein,J) |
| 03/20/2003 | | Bail reduced from $30,000.00 to $15,000.00 Cash on March 20, 2003 by (Borenstein,J) |
| 03/20/2003 | 4.0 | Special Mittimus on indictment issued |
| 03/20/2003 | | Continued until May 16, 2003 for motions (Borenstein,J) T. Meany, court reporter |
| 03/31/2003 | 5.0 | Appearance of Krowski, Jr. for the defendant. |
| 04/02/2003 | 6.0 | Motion to withdraw (Kelliher) |
| 05/16/2003 | | Continued until May 30, 2003 by agreement for status (Hely,J) T. Meany, court reporter |
| 05/30/2003 | | Defendant's oral motion for reduction of bail DENIED (Hely,J) B. StCharles, court reporter |
| 05/30/2003 | | Continued until June 25, 2003 by agreement for motion to suppress (Hely,J) B. StCharles, court reporter |
| 06/25/2003 | | Case continued to August 11, 2003 by agreement for motion to suppress. (Chin, J.) T. Meany, court reporter |
| 08/11/2003 | | Case continued to September 25, 2003 by agreement for discovery motions.  Leo P. Foley, Asst. Clerk   T. Meany, court reporter |
| 09/25/2003 | | Continued until November 03, 2003 by agreement for motion to suppress (Walker,J) B. StCharles, court reporter |
| 09/25/2003 | 7.0 | Pre-trial conference report filed |
| 10/02/2003 | 8.0 | Defendant's motion to suppress evidence |
| 11/03/2003 | | Motion (P#8) denied (see record for findings and rulings) (Paul E. Troy,Justice). Copies mailed |
| 11/03/2003 | 9.0 | Notice of intent to seek forfeiture |
| 11/03/2003 | | Continued until December 8, 2003 by agreement for status (Troy,J.) T. Meany, court reporter |
| 12/08/2003 | | Continued until January 13, 2004 by agreement for trial assignment (Walker,J.) T. Meany, court reporter |
| 01/13/2004 | | Continued until February 23,2004 by agreement for Conference (Walker,J.) H.Duarte court reporter |
| 02/23/2004 | | Case assigned to second session for trial (Ball,J) R. Griffin, court reporter |
| 03/03/2004 | 10.0 | Waiver of defendants' rights |
| 03/03/2004 | | Notice pursuant to chapter 278, section 29D |
| 03/03/2004 | | Notice re: DNA sample. |

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Criminal Docket

# PLCR2003-00079
# Commonwealth v Terry, Shelton

| Date | Paper | Text |
|---|---|---|
| 03/03/2004 | | Pleads guilty all counts |
| 03/03/2004 | | Re: offense (001) defendant sentenced to (27) months at Plymouth House of Correction. Re: offense (004) defendant sentenced to (1) year Plymouth House of Correction concurrent with (001). Re: offense (002) Dismissed by Order of the Court at the request of the Commonwealth. Re: offense (003) Filed by Order of the Court with consent of the deft. (473 days credit.) (Giles, J.) T. Meany, court reporter |
| 03/03/2004 | | $90.00 victim/witness fee imposed |
| 03/03/2004 | | $150.00 drug assessment fee imposed |
| 03/03/2004 | 11.0 | Commonwealth's list of witnessess. |
| 03/03/2004 | 12.0 | Abstracts sent to Registry of Motor Vehicles. |
| 03/03/2004 | | Notice of intent to seek forfeiture, allowed. (motion #9) (Giles, J.) |
| 03/03/2004 | 13.0 | Re: (001) Warrant for commitment |
| 03/03/2004 | 14.0 | Re: (004) Warrant for commitment |
| 03/03/2004 | 15.0 | Order re: Forfeiture |
| 03/08/2004 | | Warrant for commitment returned with service. |
| 03/08/2004 | | $90.00 victim-witness fee paid. |
| 03/08/2004 | | $150.00 drug assessment fee paid. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 02/26/2003 | Criminal 1 - CtRm 1 (Brockton) | Arraignment | Event held as scheduled |
| 03/14/2003 | Criminal 1 - CtRm 1 (Brockton) | Conference: Pre-Trial | Event not held--joint request |
| 03/20/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Misc Matters bail hearing & pre trial conference report | Event held as scheduled |
| 05/16/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Motion | Event not held--joint request |
| 05/30/2003 | Criminal 1 - CtRm 1 (Brockton) | Status: Review by Session by agreement | Event held as scheduled |
| 06/25/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Motion to suppress | Event not held--joint request |
| 08/11/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Motion to suppress | Event not held--joint request |
| 09/25/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Motion for discovery | Event held as scheduled |
| 11/03/2003 | Criminal 1 - CtRm 1 (Brockton) | Hearing: Motion to suppress | Event held as scheduled |
| 12/08/2003 | Criminal 1 - CtRm 1 (Brockton) | Status: Review by Session | Event not held--joint request |
| 01/13/2004 | Criminal 1 - CtRm 1 (Brockton) | Conference: Trial Assignment | Event not held--joint request |
| 02/23/2004 | Criminal 1 - CtRm 1 (Brockton) | Conference: Trial Assignment | Event held as scheduled |
| 03/03/2004 | Criminal 2 - CtRm 2 (Brockton) | TRIAL: jury waived | Trial begins |
| 03/03/2004 | Criminal 2 - CtRm 2 (Brockton) | TRIAL: jury waived | Trial ends |