UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 05-10202-RWZ |
| ) | |
| SHELTON TERRY ) | |

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY
FROM SEPTEMBER 26, 2005 TO NOVEMBER 1, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from September 26, 2005 to the date of the Final Status Conference on November 1, 2005 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served because the case. The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

    All Counsel of Record

This 26th day of September, 2005.

        <u>S/ Glenn A. MacKinlay</u>
        GLENN A. MACKINLAY
        ASSISTANT UNITED STATES ATTORNEY