

**U.S. Department of Justice**

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

September 26, 2005

George Gormley, Esq.
665 Summer Street
Boston, MA 02210

    Re:  United States v. Shelton Terry
         <u>Criminal No. 05-10202-RWZ</u>

Dear Counsel:

    Enclosed please find the following supplemental discovery in the above matter:

    1.  Drug Enforcement Administration ("DEA") reports of Special Agent Jennifer Fallon;
    2.  Grand Jury transcript of the testimony of Mark Celia on August 10, 2005;
    3.  Grand Jury transcript of the testimony of Richard Gaucher on August 10, 2005; and
    4.  Detention Hearing transcript of the testimony of Mark Celia on July 13, 2005.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:

                              <u>S/ Glenn A. MacKinlay</u>
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

enclosures
cc: Maria Simeone, Clerk to the Honorable Leo T. Sorokin
    (w/o enclosures)

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    George Gormley, Esq.
    665 Summer Street
    Boston, MA 02210

This 26th day of September, 2005.

    Glenn A. MacKinlay
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY