

**U.S. Department of Justice**

**MICHAEL J.  SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                                     *United States Courthouse,  Suite 9200*
                                                                      *1 Courthouse Way*
                                                                      *Boston, Massachusetts  02210*

                                                                      November 1, 2005

George Gormley, Esq.
665 Summer Street
Boston, MA 02210

                    Re:  United States v. Shelton Terry
                         <u>Criminal No. 05-10202-RWZ</u>

Dear Counsel:

      Enclosed please find the following supplemental discovery in
the above matter:

            1.    Department of Public Health certificate of
                  analysis;
            2.    Brockton Police Department 911 and dispatch tape
                  that you requested; and
            3.    Response of Officer James Silva, Keeper of Records
                  of the 911/dispatch tape recording system at the
                  Brockton Police Department concerning your request
                  for recordings.

      Please call the undersigned Assistant U.S. Attorney at 617-
748-3215 if you have any questions.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:
                              <u>S/ Glenn A. MacKinlay</u>
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

enclosures
cc:  Maria Simeone, Clerk to the Honorable Leo T. Sorokin
     (w/o enclosures)

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

George Gormley, Esq.
665 Summer Street
Boston, MA 02210

This 1st day of November, 2005.


<u>Glenn A. MacKinlay</u>
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY