```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 05-10202-RWZ |
| | ) | |
| SHELTON TERRY | ) | |

### ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY FROM NOVEMBER 1, 2005 TO NOVEMBER 29, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from November 1, 2005 to the date of the Final Status Conference on November 29, 2005 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served because the case. The defendant assents to this motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

                  By:

                         S/ Glenn A. MacKinlay
                         GLENN A. MACKINLAY
                         Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

    Counsel of Record

This 2nd day of November, 2005.

    <u>S/ Glenn A. MacKinlay</u>
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY