```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 05-10202-RWZ |
| | ) | |
| SHELTON TERRY | ) | |

## ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY FROM NOVEMBER 29, 2005 TO JANUARY 17, 2006

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from November 29, 2005 to the date of the Final Status Conference on January 17, 2006 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served because the case. The defendant assents to this motion.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

            By:

                    S/ Glenn A. MacKinlay
                    GLENN A. MACKINLAY
                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

    Counsel of Record

This 29th day of November, 2005.

    S/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY