

**U.S. Department of Justice**

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    *United States Courthouse, Suite 9200*
                                                    *1 Courthouse Way*
                                                    *Boston, Massachusetts  02210*

January 30, 2006

George Gormley, Esq.
665 Summer Street
Boston, MA 02210

       Re:   United States v. Shelton Terry
                 <u>Criminal No. 05-10202-RWZ</u>

Dear Counsel:

    Enclosed please find the following supplemental discovery in the above matter:

1. Department of Public Health certificate of re-analysis; and

2. Drug analysis worksheets.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:

                        <u>S/ Glenn A. MacKinlay</u>
                        GLENN A. MACKINLAY
                        Assistant U.S. Attorney

enclosures
cc:  Maria Simeone, Clerk to the Honorable Leo T. Sorokin
    (w/o enclosures)

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

George Gormley, Esq.
665 Summer Street
Boston, MA 02210

This 30th day of January, 2006.

<u>Glenn A. MacKinlay</u>
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY