UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**   ) | |
| ) | **CRIM. NO. 05-10202-RWZ** |
| **V.**   ) | |
| ) | |
| **SHELTON C. TERRY**   ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE A MOTION TO SUPPRESS**

Now comes SHELTON TERRY, through undersigned counsel, and respectfully requests an extension of time in which to file a motion to suppress. As defendant's motion is currently to be filed by February 28, 2006, defendant seeks a one (1) month extension of time until March 31, 2006. As grounds for this request, counsel states that John F. McCarthy, a private investigator, has recently met with defendant and is still in the process of gathering information that may be helpful in preparing a motion to suppress. Additionally, counsel's intervening office move also necessitates additional time to prepare a motion and confer with the defendant, as his access to office space, telephone, fax machine, and computer will be sporadically interrupted during the last two (2) weeks of February. Counsel for the Government assents to this request, and counsel for both parties request that the time between February 28, 2006 and March 31, 2006 be excluded for purposes of the Speedy Trial Act.

                                                Respectfully submitted,
                                                **SHELTON C. TERRY,**
                                                By his attorney,

                                                /s George F. Gormley

                                                George F. Gormley (BBO# 204140)
                                                *George F. Gormley, P.C.*
                                                655 Summer Street
                                                Boston, MA 02210
                                                (617) 478-2750

**Dated:**  February 13, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 13, 2006.

/s George F. Gormley
_____
George F. Gormley