**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | **CRIM. NO. 05-10202-RWZ** |
| **V.** ) | |
| ) | |
| **SHELTON C. TERRY** ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that as of March 1, 2006, the new address for counsel of record for SHELTON TERRY will be:

George F. Gormley
Christie M. Charles
George F. Gormley, P.C.
755 East Broadway, 3rd Floor
South Boston, MA 02127
Phone: 617- 268-2999
Fax: 617 - 268-2911

                                                             Respectfully submitted,

                                                             /s George F. Gormley
                                                             _____

                                                             George F. Gormley (BBO# 204140)
                                                             Christie M. Charles (BBO# 646995)
                                                             George F. Gormley, P.C.
                                                             755 East Broadway, 3rd floor
                                                             South Boston, MA 02127
                                                             (617) 268-2999

**Dated:**        March 1, 2006

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2006.

                                              /s George F. Gormley

                                              George F. Gormley