UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIM. NO. 05-10202-RWZ** |
| **V.** | ) | |
| | ) | |
| **SHELTON C. TERRY** | ) | |

### DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION TO SUPPRESS

Now comes SHELTON TERRY, through undersigned counsel, and respectfully requests an extension of time in which to file a motion to suppress. As defendant's motion is currently to be filed by March 31, 2006 defendant seeks an extension of time until April 21, 2006.

As grounds for this request, counsel states that:

1. The attorney responsible for preparing the motion, Christie M. Charles, has been out of the office for personal reasons and consequently is unable to file the motion on or before March 31, 2006 as originally scheduled;

2. Ms. Charles (and Mr. Gormley) are scheduled to commence an estimated one (1) week civil case in the Middlesex Superior Court on April 3, 2006 (Bejoian v. Barnes, Civ. MC 2000-0431B);

3. An extension to file the Motion to Suppress until and including April 21, 2006 is requested..

Counsel for the Government assents to this request, and counsel for both parties request that the time between March 31, 2006 and April 21, 2006 be excluded for purposes of the Speedy Trial Act.

    Respectfully submitted,
    **SHELTON C. TERRY,**
    By his attorney,

    /s George F. Gormley
    _____
    George F. Gormley (BBO# 204140)
    *George F. Gormley, P.C.*
    755 East Broadway
    South Boston, MA 02127
    (617) 268-2999

**Dated:**  March 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2006.

/s George F. Gormley

George F. Gormley