UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 05-CR-10202-RWZ |
| | ) | |
| **SHELTON TERRY,** | ) | |
| **Defendant** | ) | |

**ASSENTED TO MOTION TO EXTEND TIME
FOR FILING OF GOVERNMENT'S RESPONSE**

    The United States Attorney, by Michael J. Sullivan, United States Attorney, and Glenn A. MacKinlay, Assistant U.S. Attorney, hereby respectfully requests that the Court extend the time for filing of the government's response to the defendant's Motion to Suppress Evidence to May 26, 2006.  The reason for this motion is that the attorney for the government is presently at a national conference out of state.  Defense counsel assents to this continuance.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                     By:   */s/ Glenn A. MacKinlay*
                               GLENN A. MACKINLAY
                               Assistant U.S. Attorney

Dated:  May 1, 2006