UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.: 05-10202-RWZ |
| | ) | |
| **SHELTON TERRY** | ) | |
| | ) | |

### ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY FROM JULY 13, 2006 TO September 18, 2006

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time under the speedy trial act from the pretrial conference held on July 13, 2006 to the trial on September 18, 2006. As reason therefore, the government states that the interests of justice are served by the exclusion of time. The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

    Counsel of Record

This 13th day of July, 2006.

        S/ Glenn A. MacKinlay
        GLENN A. MACKINLAY
        ASSISTANT UNITED STATES ATTORNEY