UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-10202-RWZ |
| ) | |
| SHELTON TERRY    ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Shelton Terry notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Terry be awarded a three-point reduction for acceptance of responsibility.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:
    S/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

      George Gormley, Esq.

This 3rd day of August, 2006.

      <u>S/ Glenn A. MacKinlay</u>
      Glenn A. MacKinlay
      ASSISTANT UNITED STATES ATTORNEY