UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIM. NO. 05-10202-RWZ** |
| **V.** | ) | |
| | ) | |
| **SHELTON C. TERRY** | ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant, SHELTON TERRY, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for October 25, 2006 at 3:00 p.m., to November 16, 2006, or some further time convenient to the calendar of this Court and counsel for the parties.

As grounds for this request, defendant states as follows:

1. Undersigned counsel for Mr. Terry are currently engaged in litigation in the Suffolk Superior Court [Minasian v. Arcese, civil action no. 03-0528].

2. Due to other pre-existing court appearances and deadlines, counsel requires additional time in order to prepare for Mr. Terry's sentencing.

3. The Government has been consulted and assents to this motion for continuance.

**WHEREFORE**, defendant respectfully requests that this sentencing be continued until November 16, 2006 or some further time convenient to the Court and counsel for the parties.

> Respectfully submitted,
> **SHELTON C. TERRY,**
> By his attorneys,
>
> /s Christie M. Charles
> _____
> George F. Gormley (BBO# 204140)
> Christie M. Charles (BBO# 646995)
> *George F. Gormley, P.C.*
> 755 East Broadway
> South Boston, MA 02127
> (617) 268-2999

**Dated:**     October 5, 2006

CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2006.

                /s Christie M. Charles

                Christie M. Charles