UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIM. NO. 05-10202-RWZ** |
| **V.** | ) | |
| | ) | |
| **SHELTON C. TERRY** | ) | |

## DEFENDANT SHELTON TERRY'S MOTION TO APPOINT COUNSEL

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, defendant SHELTON TERRY, by his previously appointed attorney, moves the Court for an order appointing counsel to represent him for the purpose of determining whether the defendant is eligible for a reduction in his sentence as a result of the actions of the Sentencing Commission reducing the crack cocaine guidelines and making the reduction retroactive to previously-sentenced defendants. If appropriate, MR. TERRY also requests the appointment of undersigned counsel to represent him in seeking a reduced sentence.

Respectfully submitted,
**SHELTON TERRY**
By his attorneys,

/s George F. Gormley

George F. Gormley (204140)
Christie M. Charles (646995)
***George F. Gormley, P.C.***
755 East Broadway
South Boston, MA 02127
(617) 268-2999

**Dated**:        March 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2008.

/s George F. Gormley

_____

George F. Gormley