ATTORNEY ASSIGNMENT REQUEST

Defendant: **SHELTON C. TERRY**        Case & Defendant Number **05CR10202-RWZ**

Date of Appointment:_____        Appointed by:_____

Attorney Withdrawn_____        Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____        Information_____        Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions: Please re-assign as CJA attorney George F. Gormley for review and/or re-sentencing of defendant under the new amended crack cocaine guidelines.

_____

_____

_____

        _s/ Lisa A. Urso
        Deputy Clerk

        Dated 3/12/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd