# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES    )
          )  CRIM. NO. 05-10202-RWZ
V.         )
          )
SHELTON C. TERRY  )

## MOTION FOR AN ENLARGEMENT OF TIME

Now comes undersigned counsel and requests an enlargement of time through and including May 30, 2008 to respond to the Court's Procedural Order for defendant requesting relief because of the amendment to the Unites States Sentencing Guidelines (cocaine base).

As grounds of this request undersigned states as follows:

1.  The parties disagree with respect to the defendant's eligibility for a sentence reduction; given the current case-load of undersigned counsel, additional time is needed to review Mr. Terry's file and research the issue to prepare defendant's memorandum regarding eligibility.

2.  Given the length of Mr. Terry's sentence, the requested enlargement of time will not prejudice him should the Court determine that he is eligible for a reduction.

3.  The United States (AUSA Glenn MacKinlay) does not oppose this request.

        Respectfully submitted,
        **SHELTON C. TERRY**
        By his attorney

        /s/ George F. Gormley
        _____
        George F. Gormley (BBO# 204140)
        George F. Gormley, P.C.
        755 East Broadway
        South Boston, MA 02127
        (617) 268-2999

Date: April 11, 2008

CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on April 11, 2008.


/s George F. Gormley

George F. Gormley