To: The Clerk of the Court
Fr: Shelton Terry

RE: Docket 05 cr 10202-001-rwz

## Notice of Appeal

Petitioner received the District Courts order denying his 3582(c)(2) motion by mail on 7·25·08.

Petitioner hereby files this timely notice of appeal, appealing the District Courts 7·22·08 order denying his 3582(c)(2) motion.

Petitioner will submit if needed proof of date said order was received.

Dtd 8/7/08

Respectfully Submitted

Shelton C. Terry