# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10202

United States of America

v.

Shelton C. Terry

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-19, 21, 23-30, 32-38, 41-54

No Sealed Documents

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/11/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 14, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/14/08.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10202-RWZ-1

Case title: USA v. Terry
Magistrate judge case number: 1:05-mj-00039-LTS

Date Filed: 08/10/2005
Date Terminated: 11/30/2006

Assigned to: Judge Rya W. Zobel

**Defendant (1)**

Shelton C. Terry
*TERMINATED: 11/30/2006*

represented by **George F. Gormley**
George F. Gormley, P.C.
755 East Broadway
3rd Floor
South Boston, MA 02127
617-268-2999
Fax: 617-268-2911
Email: gfgormley@aol.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1)-POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE; 18 usc 2-AIDING AND ABETTING
(1)

**Disposition**

The defendant was sentenced to 188 months BOP; 8 years SR; $100.00 SA; no guns; drug testing & drug treatment; DNA sample; Standard conditions apply; SC; participate in a Batterer's Program; and receive GED;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F - CONTROLLED SUBSTANCE-SELL,DISTRIBUTE, OR DISPENSE | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Glenn A. MacKinlay**<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3215<br>Fax: 617-748-3954<br>Email: glenn.mackinlay@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | COMPLAINT as to Shelton C. Terry (1). (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 06/29/2005) |
| 06/28/2005 | | Arrest of Shelton C. Terry (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 06/29/2005) |
| 06/28/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Initial Appearance as to Shelton C. Terry held on 6/28/2005; Atty McKinlay for govt; atty Gormely for deft; court goes over charges and rights with deft; deft to file a financial affidavit with the court; govt moves for continuance on detention and states maximum penalties; The deft is remanded to the custody of the US Marshal pending the Detention Hearing set for 7/11/2005 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 06/29/2005) |
| 06/29/2005 | | Attorney update in case as to Shelton C. Terry. Attorney George F. Gormley for Shelton C. Terry added. (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 06/29/2005) |
| 06/30/2005 | 2 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered. CJA 20 as to Shelton C. Terry: Appointment of Attorney George F. Gormley for Shelton C. Terry. (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 06/30/2005) |
| 07/11/2005 | 3 | MOTION ex-parte filed as to Shelton C. Terry. (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/11/2005) |
| 07/11/2005 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered denying 3 Motion ex-parte as to Shelton C. Terry (1). The motion is denied without |

| | | |
|---|---|---|
| | | prejudice. The defendant may revisit the issue after the presentation of the Govt evidence at the probable cause hearing. (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/11/2005) |
| 07/13/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Detention Hearing as to Shelton C. Terry held on 7/13/2005; Atty Mackinlay; Atty Gormley; govt calls first witness; witness sworn; govt conducts examination; defense cross examines witness; govt redirects; deft redirects; defense counsel state the deft is voluntarily consenting to detention; court explains the meaning of voluntary detention to the deft; deft indicates he understands; defense counsel requests the court allow 2 witnesses to appear before the conclusion of the hearing; Denied, court finds there is enough evidence here to make an accurate and reasonable establishment of Probable Cause. The deft is remanded to the custody of the US Marshal; (Court Reporter digital.) (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/13/2005) |
| 07/13/2005 | 4 | Magistrate Judge Leo T. Sorokin : ORDER OF VOLUNTARY DETENTION entered as to Shelton C. Terry (Simeone, Maria) Modified on 7/13/2005 (Simeone, Maria). [1:05-mj-00039-LTS] (Entered: 07/13/2005) |
| 07/13/2005 | 5 | EXHIBIT/WITNESS LIST as to Shelton C. Terry (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/13/2005) |
| 07/18/2005 | 6 | MOTION ex-parte under seal as to Shelton C. Terry. (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/19/2005) |
| 07/19/2005 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 6 Motion ex-parte under seal as to Shelton C. Terry (1) (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/19/2005) |
| 07/19/2005 | 7 | Arrest Warrant Returned Executed on 6/28/05. as to Shelton C. Terry. rcvd for docketing 7/22/05am (Simeone, Maria) [1:05-mj-00039-LTS] (Entered: 07/22/2005) |
| 08/10/2005 | 8 | INDICTMENT as to Shelton C. Terry (1) count(s) 1. (Diskes, Sheila) (Entered: 08/11/2005) |
| 08/10/2005 | 9 | Judge Rya W. Zobel : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Leo T. Sorokin Reason for referral: Pretrial Proceedings as to Shelton C. Terry (Diskes, Sheila) (Entered: 08/11/2005) |
| 08/11/2005 | | ELECTRONIC NOTICE OF HEARING as to Shelton C. Terry; The Arraignment has been set for 8/16/2005 11:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 08/11/2005) |
| 08/16/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Arraignment as to Shelton C. Terry (1) Count 1 held on 8/16/2005,; Atty MacKinlay; Atty Gormley; Govt states maximum penalties; deft is arraigned; A Plea was entered by Shelton C. Terry of Not Guilty on all counts. An initial Status Conference has been set for |

|  |  |  |
|---|---|---|
|  |  | 9/26/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Govt is to file an assented to motion excluding the time 8/16/05-9/26/05;(Court Reporter digital.) (Simeone, Maria) Modified on 8/16/2005 (Simeone, Maria). (Entered: 08/16/2005) |
| 08/16/2005 | 10 | Assented to MOTION for Excludable Delay from August 16, 2005 to September 26, 2005 as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 08/16/2005) |
| 09/09/2005 |  | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 10 Assented to Motion to Exclude as to Shelton C. Terry (1) (Simeone, Maria) (Entered: 09/09/2005) |
| 09/13/2005 | 11 | NOTICE re automatic disclosure as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 09/13/2005) |
| 09/13/2005 | 12 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Shelton C. Terry (Johnson, Jay) (Entered: 09/15/2005) |
| 09/26/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Shelton C. Terry held on 9/26/2005; Counsel discuss status of the case and need more time for discovery; A Joint submission is filed in open court and is adopted as an order of the court; Time excluded from 9/26/05-11/1/05; A final Status Conference has been set for 11/1/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #D.) (Simeone, Maria) (Entered: 09/26/2005) |
| 09/26/2005 | 13 | JOINT MEMORANDUM of the parties re initial status conference by Shelton C. Terry (Simeone, Maria) (Entered: 09/26/2005) |
| 09/26/2005 | 14 | Assented to MOTION for Excludable Delay from September 26, 2005 to November 1, 2005 as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 09/26/2005) |
| 09/26/2005 | 15 | Letter (non-motion) regarding Discovery as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 09/26/2005) |
| 09/27/2005 |  | Magistrate Judge Leo T. Sorokin : ElectronicORDER entered granting 14 Motion to Exclude as to Shelton C. Terry (1)time excluded from 9/26/05 - 11/8/05; (Simeone, Maria) (Entered: 09/27/2005) |
| 09/28/2005 | 20 | TRANSCRIPT of Probable Cause Proceedings as to Shelton C. Terry held on July 13, 2005 before Judge Leo T. Sorokin. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 11/29/2005) |
| 11/01/2005 | 16 | Letter (non-motion) regarding discovery as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 11/01/2005) |
| 11/01/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Shelton C. Terry held on 11/1/2005; Counsel state status of the case regarding discovery; defense states a |

CM/ECF - USDC Massachusetts - Version 3.2.1 as of 5/3/08
Case 1:05-cr-10201-RWZ Document 55-2 Filed 08/14/2008 Page 5 of 9
Page 5 of 9

| | | |
|---|---|---|
| | | motion to supress is expected to be filed; Both Counsel request more time; Court requests An assented to motion to exclude time from 11/1/05-11/29/05; A final Status Conference has been set for 11/29/2005 02:45 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 11/01/2005) |
| 11/02/2005 | 17 | Assented to MOTION for Excludable Delay from November 1, 2005 to November 29, 2005 as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 11/02/2005) |
| 11/03/2005 | | Magistrate Judge Leo T. Sorokin : ElectronicORDER entered granting 17 Motion to Exclude as to Shelton C. Terry (1) time excluded from 11/1/05 to 11/29/05. (Simeone, Maria) (Entered: 11/03/2005) |
| 11/29/2005 | 18 | STATUS REPORT by USA as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 11/29/2005) |
| 11/29/2005 | 19 | Assented to MOTION for Excludable Delay to as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 11/29/2005) |
| 11/29/2005 | | MagistrateJudge Leo T. Sorokin : ORDER entered granting 19 Motion to Exclude as to Shelton C. Terry (1)time excluded from 11/29/05-1/17/06; (Simeone, Maria) (Entered: 11/29/2005) |
| 11/29/2005 | | ELECTRONIC NOTICE OF HEARING as to Shelton C. Terry The final Status Conference has been set for 1/17/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 11/29/2005) |
| 01/17/2006 | 21 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND ORDER on Final Status Conference and ORDER ON EXCLUDABLE DELAY as to Shelton C. Terry. Time excluded from 1/17/06 until 2/28/06. Case returned to the District Judge. (Simeone, Maria) (Entered: 01/17/2006) |
| 01/17/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Final Status Conference as to Shelton C. Terry held on 1/17/2006; defense request more time to file a motion to supress; Motions to supress due by 2/28/2006. responses to motion due 3/14/06; time excluded 1/17/06-2/28/06; case is ready to be returned to the DJ. Final status report to issue.(Digital Recording #d.) (Simeone, Maria) (Entered: 01/18/2006) |
| 01/17/2006 | | Case as to Shelton C. Terry no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 01/31/2006) |
| 01/24/2006 | 22 | EX-PARTE MOTION for Authorization of Services or Funds as to Shelton C. Terry. (Johnson, Jay) (Entered: 01/24/2006) |
| 01/30/2006 | 23 | Letter (non-motion) regarding discovery as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 01/30/2006) |
| 02/01/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 22 Motion for Authorization of Services or Funds as to Shelton C. Terry (1) (Urso, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 02/02/2006) |
| 02/13/2006 | 24 | MOTION for Extension of Time to 3/31/06 to File Motion to Suppress as to Shelton C. Terry. (Gormley, George) (Entered: 02/13/2006) |
| 02/15/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 24 Motion for Extension of Time to File as to Shelton C. Terry (1). Motions to be filed by 3/31/06. (Urso, Lisa) (Entered: 02/16/2006) |
| 03/01/2006 | 25 | NOTICE *of Attorney Address Change* by Shelton C. Terry (Gormley, George) (Entered: 03/01/2006) |
| 03/30/2006 | 26 | Assented to MOTION for Extension of Time to April 21, 2006 to File File Motion to Suppress as to Shelton C. Terry. (Gormley, George) (Entered: 03/30/2006) |
| 04/21/2006 | 27 | MOTION to Suppress as to Shelton C. Terry. (Attachments: # 1 Affidavit of Shelton Terry)(Charles, Christie) (Entered: 04/21/2006) |
| 04/21/2006 | 28 | MEMORANDUM in Support by Shelton C. Terry re 27 MOTION to Suppress (Charles, Christie) (Entered: 04/21/2006) |
| 05/01/2006 | 29 | Assented to MOTION for Extension of Time to File Response/Reply as to 27 MOTION to Suppress *Evidence* as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 05/01/2006) |
| 05/02/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 29 Motion for Extension of Time to File Response/Reply as to Shelton C. Terry (1). Response due 5/26/06. (Urso, Lisa) (Entered: 05/02/2006) |
| 05/26/2006 | 30 | MEMORANDUM in Opposition by USA as to Shelton C. Terry re 27 MOTION to Suppress (MacKinlay, Glenn) (Entered: 05/26/2006) |
| 06/15/2006 | 31 | MOTION for Ex-Parte Relief as to Shelton C. Terry. (Johnson, Jay) (Entered: 06/16/2006) |
| 06/20/2006 | 32 | Judge Rya W. Zobel : ORDER entered granting 26 Motion for Extension of Time as to Shelton C. Terry (1); denying 27 Motion to Suppress as to Shelton C. Terry (1). (Urso, Lisa) (Entered: 06/20/2006) |
| 06/23/2006 | | ELECTRONIC NOTICE OF HEARING as to Shelton C. Terry Pretrial Conference set for 7/13/2006 10:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/23/2006) |
| 06/26/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 31 Motion for interim billing as to Shelton C. Terry (1) (Urso, Lisa) (Entered: 06/27/2006) |
| 07/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Shelton C. Terry held on 7/13/2006 Jury Trial set for 9/18/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. 3-4 days; counsel to file a proposed order for excludable time; (Urso, Lisa) (Entered: 07/13/2006) |
| 07/13/2006 | 33 | Assented to MOTION for Excludable Delay from July 13, 2006 to |

| | | |
|---|---|---|
| | | September 18, 2006 as to Shelton C. Terryby USA. (MacKinlay, Glenn) (Entered: 07/13/2006) |
| 07/14/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 33 Motion to Exclude as to Shelton C. Terry (1) (Urso, Lisa) (Entered: 07/14/2006) |
| 07/26/2006 | | ELECTRONIC NOTICE OF HEARING as to Shelton C. Terry Change of Plea Hearing set for 8/2/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/26/2006) |
| 07/26/2006 | | Terminate Deadlines and Hearings as to Shelton C. Terry: (Urso, Lisa) (Entered: 07/26/2006) |
| 08/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Shelton C. Terry held on 8/2/2006, Plea entered by Shelton C. Terry (1) Guilty Count 1. Sentencing set for 10/25/2006 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/02/2006) |
| 08/02/2006 | 34 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Shelton C. Terry Sentencing set for 10/25/2006 03:00 PM in Courtroom 13 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/02/2006) |
| 08/03/2006 | 35 | GOVERNMENT'S CERTIFICATION of Timely Acceptance of Responsibility as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 08/03/2006) |
| 08/07/2006 | 36 | Judge Rya W. Zobel : ORDER entered. as to Shelton C. Terry (Brockton) (Urso, Lisa) (Entered: 08/07/2006) |
| 08/07/2006 | 37 | Judge Rya W. Zobel : ORDER entered. as to Shelton C. Terry (Wareham) (Urso, Lisa) (Entered: 08/07/2006) |
| 08/07/2006 | 38 | Judge Rya W. Zobel : ORDER entered. as to Shelton C. Terry (Stoughton) (Urso, Lisa) (Entered: 08/07/2006) |
| 08/31/2006 | 39 | SEALED MOTION as to Shelton C. Terry. (Attachments: # 1 Exhibit A-D)(Sonnenberg, Elizabeth) (Entered: 08/31/2006) |
| 09/18/2006 | 40 | MOTION for Ex-Parte Relief as to Shelton C. Terry. (Johnson, Jay) (Entered: 09/19/2006) |
| 09/21/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 40 Motion as to Shelton C. Terry (1) (Urso, Lisa) (Entered: 09/21/2006) |
| 10/05/2006 | 41 | Assented to MOTION to Continue to 11/16/06 to sentencing as to Shelton C. Terry. (Charles, Christie) (Entered: 10/05/2006) |
| 10/12/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 41 Motion to Continue as to Shelton C. Terry (1) Sentencing reset for 11/16/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/13/2006) |
| 11/13/2006 | 42 | SENTENCING MEMORANDUM by Shelton C. Terry (Charles, |

| | | |
|---|---|---|
| | | Christie) (Entered: 11/13/2006) |
| 11/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 11/16/2006 for Shelton C. Terry (1), Count(s) 1, The defendant was sentenced to 188 months BOP; 8 years SR; $100.00 SA; no guns; drug testing & drug treatment; DNA sample; Standard conditions apply; SC; participate in a Batterer's Program; and receive GED;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/16/2006) |
| 11/30/2006 | 43 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Shelton C. Terry (1), Count(s) 1, The defendant was sentenced to 188 months BOP; 8 years SR; $100.00 SA; no guns; drug testing & drug treatment; DNA sample; Standard conditions apply; SC; participate in a Batterer's Program; and receive GED; (Urso, Lisa) (Entered: 12/01/2006) |
| 03/04/2008 | 44 | MOTION to Appoint Counsel re possible reduction of sentence (Crack Cocaine case) (Gormley, George) Modified on 3/11/2008 (Johnson, Jay). (Entered: 03/04/2008) |
| 03/12/2008 | 45 | ATTORNEY ASSIGNMENT Request as to Shelton C. Terry forwarded to Maria Simeone (Urso, Lisa) (Entered: 03/12/2008) |
| 03/12/2008 | 46 | Judge Rya W. Zobel: ORDER entered. PROCEDURAL ORDER re Crack Cocaine Offenses - 18:3582 as to Shelton C. Terry (Urso, Lisa) (Entered: 03/12/2008) |
| 03/21/2008 | 47 | Judge Rya W. Zobel: ORDER entered. CJA 20 as to Shelton C. Terry: Appointment of Attorney George F. Gormley for Shelton C. Terry. (Simeone, Maria) (Entered: 03/21/2008) |
| 04/11/2008 | 48 | MOTION for Extension of Time to File as to Shelton C. Terry. (Gormley, George) (Entered: 04/11/2008) |
| 04/15/2008 | | Judge Rya W. Zobel: Electronic ORDER entered granting 48 Motion for Extension of Time as to Shelton C. Terry (1) Responses due by 5/30/2008 (Urso, Lisa) (Entered: 04/15/2008) |
| 05/31/2008 | 49 | STATUS REPORT *on Sentencing* by USA as to Shelton C. Terry (MacKinlay, Glenn) (Entered: 05/31/2008) |
| 06/24/2008 | 50 | Judge Rya W. Zobel: ORDER entered. as to Shelton C. Terry; defendant's shall file his memorandum of law by 7/18/08; Government any opposition by 8/1/08; The court will decide if a hearing is necessary thereafter. (Urso, Lisa) (Entered: 06/24/2008) |
| 07/15/2008 | 51 | Memorandum in Support of Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 as to Shelton C. Terry. (Gormley, George) Modified on 7/15/2008 (Johnson, Jay). (Entered: 07/15/2008) |
| 07/15/2008 | | Notice of correction to docket made by Court staff. Correction: #51 "Motion" corrected because: Wrong Event, Document is a memorandum in support, as to Shelton C. Terry. Correction to be made by the clerk |

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 07/15/2008) |
| 07/18/2008 | 52 | MEMORANDUM in Opposition by USA as to Shelton C. Terry re 51 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 *and Memorandum in Support* (MacKinlay, Glenn) (Entered: 07/18/2008) |
| 07/22/2008 | 53 | Judge Rya W. Zobel: ORDER entered. ORDER REDUCING SENTENCE RE CRACK COCAINE OFFENSE 18 USC 3582 for Shelton C. Terry (1) Count 1. DENIED (Urso, Lisa) (Entered: 07/22/2008) |
| 08/11/2008 | 54 | NOTICE OF APPEAL by Shelton C. Terry re 53 Order Reducing Sentence re Crack Cocaine Offense - 18:3582. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2008. (Johnson, Jay) (Entered: 08/12/2008) |