UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10202

United States of America

v.

Shelton C. Terry

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-19, 21, 23-30, 32-38, 41-54

No Sealed Documents

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/11/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 14, 2008.

Sarah A Thornton, Clerk of Court

By: /s/ Caultchamer
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/20/08.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  08-2045

- 3/06